AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| STABBIN WAGON, MELISSA JONES, and SAMANTHA STRONG <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF MEDFORD, BRIAN SJOTHUN, RANDY SPARACINO, JUSTIN IVENS, DARRELL GRAHAM, GEOF KIRKPATRICK, TREVOR ARNOLD, ARTURO VEGA, RYAN MALLORY, JOHN DOE 1-9 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-1632-MTK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TREVOR ARNOLD
Eric B. Mitton I City Attorney
City of Medford, Oregon I City Attorney's Office
411 W 8th Street, Medford, OR 97501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ALICIA LEDUC MONTGOMERY
LEDUC MONTGOMERY LLC
2210 W MAIN STREET, 107-328
BATTLE GROUND, WA 98604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*