**ALICIA LEDUC MONTGOMERY, OSB # 173963**
Email: alicia@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: 704.702.6934
www.leducmontgomery.com

**MARIANNE DUGAN, OSB # 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette Street Ste 301 No. 359
Eugene, Oregon 97402
Telephone: 541.687.9180
www.cldc.org

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual,<br><br>  Plaintiffs,<br><br>    v.<br><br>CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford,<br><br>  Defendants. | Case No. 1:25-cv-1632-MTK<br><br>**NOTICE OF SERVICE OF PROCESS OF DEFENDANT RYAN MALLORY** |

PAGE 1 – **NOTICE OF SERVICE OF PROCESS OF DEFENDANT RYAN MALLORY**

## NOTICE OF SERVICE OF PROCESS OF

## DEFENDANT RYAN MALLORY

Plaintiffs, by and through counsel LeDuc Montgomery LLC and the Civil Liberties Defense Center, notify the Court, all parties, and counsel of record that Defendant Ryan Mallory has been duly served with process in this action pursuant to Federal Rule of Civil Procedure 4(e).

Personal service of the Summons, Complaint, First Amended Complaint, and Case Management Order was effected on October 3, 2025 by a licensed process server, as set forth in the Affidavit of Service attached hereto as Exhibit A.

Accordingly, Defendant Mallory's responsive pleading is due within twenty-one (21) days of the date of service, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i).

DATED: October 10, 2025.            LeDuc Montgomery LLC

By: *s/Alicia LeDuc Montgomery*
**Alicia LeDuc Montgomery, OSB # 173963**
alicia@leducmontgomery.com
704.702.6934

**Marianne Dugan, OSB # 932563**
Civil Liberties Defense Center
mdugan@cldc.org
541.687.9180

*Attorneys for Plaintiffs*

PAGE 2 – **NOTICE OF SERVICE OF PROCESS OF DEFENDANT RYAN MALLORY**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of NOTICE OF SERVICE OF PROCESS OF DEFENDANT RYAN MALLORY was served on the following parties on October 10, 2025 through the Court's Electronic Case File Management System and by email to the following addresses.

Eric Mitton
Medford City Attorney
Eric.Mitton@cityofmedford.org
Garrett.Ramsey@cityofmedford.org
Kimberly.Boutiette@cityofmedford.org

*Attorneys for Defendants City of Medford, Brian Sjothun, Randy Sparacino, Darrell Graham, Geoff Kirkpatrick, Trevor Arnold, and Arturo Vega*

Stephanie Kucera
Hart Wagner LLP
sck@hartwagner.com
sh@hartwagner.com

*Attorneys for Defendants City of Medford, Brian Sjothun, Randy Sparacino, Darrell Graham, Geoff Kirkpatrick, Trevor Arnold, and Arturo Vega*

Casey Murdoch
Frohnmayer, Deatherage, Jamieson, Moore, Armosino & McGovern, P.C.
Murdock@fdfirm.com
angieh@FDFirm.com

*Attorneys for Defendant Ryan Mallory*

DATED: October 10, 2025.            LeDuc Montgomery LLC

                                    By: *s/Alicia LeDuc Montgomery*
                                    **Alicia LeDuc Montgomery, OSB # 173963**
                                    alicia@leducmontgomery.com
                                    704.702.6934

                                    *Attorney for Plaintiffs*

PAGE 3 – **NOTICE OF SERVICE OF PROCESS OF DEFENDANT RYAN MALLORY**