AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-01632-MTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __RYAN MALLORY__

was received by me on *(date)* __9/23__.

☑ I personally served the summons on the individual at *(place)* __1350 Talent Ave. Talent, OR 97540__ at 10:00am on *(date)* __10/03__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __10/3__

*Server's signature:* Christopher B. Conner

*Printed name and title:* Christopher Conner

*Server's address:*
MercuryPDX
PO Box 2274
Portland, OR 97208

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action, Complaint, First Amended Complaint, and Case Management Order