**Casey S. Murdock, OSB #144914**
Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC
2592 East Barnett Road
Medford, OR  97504
Phone: (541) 772-2333
Fax:    (541) 779-6379
Of Attorneys for Defendant Ryan Mallory

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford,<br><br>　　　　　　　Defendants. | Case No.  1:25-cv-1632-MTK<br><br>**DEFENDANT RYAN MALLORY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE**<br><br>**Fed. R. Civ. P. 12; Fed. R. Civ. P. 1; Fed. R. Civ. P. 6** |

/ / /

Page 1 -  **DEFENDANT RYAN MALLORY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE**

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

**LR 7 Certification**

The undersigned attorney certifies that he conferred with counsel for Plaintiffs and the City Defendants regarding this Motion and it is unopposed.

**MOTION**

Pursuant to Fed. R. Civ. P. 12, Fed. R. Civ. P. 6, and Fed. R. Civ. P. 1 Defendant Ryan Mallory moves the Court to extend the time for him to appear via responsive pleading or Rule 12 Motion to Plaintiff's Amended Complaint until November 24, 2025.

**POINTS AND AUTHORITIES**

Defendant Mallory moves this Court for an extension of time to file an appearance until November 24, 2025. This case involves Plaintiffs' claims that the City and Defendant Mallory conspired to deprive Plaintiff of their Constitutional rights based on their speech and professional work with drug users in Medford, Oregon. The allegations are disputed.

Defendant Mallory's current deadline for appearance is October 24, 2025, because he was personally served before being apprised of this case and retaining counsel. The City Defendants were able to waive service and therefore have a later appearance date on November 24, 2025. The parties are currently scheduled to have their second set of conferral to minimize the issues for briefing and it is possible Plaintiffs will amend their claims. Furthermore, an extension to November 24, 2025 would also simplify the briefing schedule for the parties and clear up the docket.

This Court should utilize the rules of civil procedure to secure the just and efficient disposition of the case. Fed. R. Civ. P. 1. The Court is authorized to modify the times set forth by rule when good-cause exists and no prejudice is shown. Fed. R. Civ. P. 6.

Page 2 - **DEFENDANT RYAN MALLORY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

Accordingly, Defendant Mallory hereby moves the Court for a 30-day extension of time to file an appearance in this matter. The case is advancing, despite no answer or pleading motion on the docket, no party is prejudiced by the extension, and good-cause is shown.

## CONCLUSION

For the foregoing reasons, Defendant Ryan Mallory requests an Order allowing him 30 days (concluding November 24, 2025) to file an appearance in this matter.

DATED this 21st day of October 2025.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.,

By: _____
**Casey S. Murdock, OSB #144914**
Murdock@fdfirm.com
 Of Attorneys for Defendant Ryan Mallory

Page 3 -   DEFENDANT RYAN MALLORY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE

**FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.**
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the foregoing **DEFENDANT RYAN MALLORY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE** via email upon:

| | |
|---|---|
| Alicia Leduc Montgomery | Marianne G. Dugan |
| Leduc Montgomery LLC | Civil Liberties Defense Center |
| 2210 W Main Street, Suite 107, #328 | 1711 Willamette St. Suite 301, #359 |
| Battle Ground, WA 98604 | Eugene, OR 97401 |
| Email: alicia@leducmontgomery.com | Email: mdugan@cldc.org |
| *Of Attorneys for Plaintiff* | *Of Attorneys for Plaintiff* |

DATED this 21st day of October 2025.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.,

By: _____
**Casey S. Murdock, OSB #144914**
Murdock@fdfirm.com
Of Attorneys for Defendant Ryan Mallory

Page 4 -   DEFENDANT RYAN MALLORY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEARANCE

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.,
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333