**ALICIA LEDUC MONTGOMERY, OSB 173963**
Email: alicia@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: 704.702.6934
www.leducmontgomery.com

**MARIANNE DUGAN, OSB 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette Street Ste 301 No. 359
Eugene, Oregon 97402
Telephone: 541.687.9180
www.cldc.org

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford,<br><br>  Defendants. | Case No. 1:25-cv-1632-MTK<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |

PAGE 1 – **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1(a)(1), the parties, through their respective counsel, certify that they have conferred in good faith regarding the relief requested in this motion. This is a stipulated motion and no party objects to the requested extension.

## MOTION

Plaintiffs and Defendants (collectively, the "Parties") hereby stipulate and jointly move the Court, pursuant to Fed. R. Civ. P. 1, 6, and 12, for an extension of time for Defendants to file an answer or otherwise respond to Plaintiffs' First Amended Complaint. The Parties respectfully request that the Court extend Defendants' current deadline to respond to 11:59 PM January 16, 2026.

## POINTS AND AUTHORITIES

Plaintiffs filed their First Amended Complaint on September 15, 2025. Defendants' deadline to answer or otherwise respond is currently November 24, 2025.

Since the filing of the First Amended Complaint, the Parties have been conferring in good faith regarding potential amendments to the pleadings. Plaintiff anticipates filing a motion for leave to amend the complaint in light of these ongoing discussions.

The Parties agree it would be most expedient and in the interest of judicial efficiency to allow continued conferral and to attempt to resolve or narrow issues where they can before Defendants are required to answer or otherwise respond to the operative complaint.

Extending Defendants' deadline as requested will permit Plaintiffs to prepare and file an anticipated motion for leave to amend and will avoid the inefficiency of requiring Defendants to respond to a complaint that may soon be amended.

PAGE 2 – **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

No party will be prejudiced by the requested extension. The case is in its early stages, and the requested extension will promote an orderly schedule and conserve the resources of the Court and the Parties.

Under Fed. R. Civ. P. 6(b)(1), the Court may, for good cause, extend the time for an act to be done if a request is made before the original time expires. The Parties jointly request this extension and submit that the above circumstances constitute good cause. The requested extension is also consistent with Fed. R. Civ. P. 1's directive that the rules be employed to secure the just, speedy, and inexpensive determination of every action.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court grant this stipulated motion and enter an Order:

1. Extending the deadline for Defendants to file an answer or otherwise respond to Plaintiffs' First Amended Complaint to 11:59 PM January 16, 2026; and

2. Setting all other deadlines accordingly.

DATED: November 19, 2025.

                                              **LeDuc Montgomery LLC**

                                              By: *s/Alicia LeDuc Montgomery*
                                              **Alicia LeDuc Montgomery, OSB #173963**
                                              2210 W Main Street, Suite 107 #328
                                              Battle Ground, WA 98604
                                              alicia@leducmontgomery.com
                                              704.702.6934

                                              **Civil Liberties Defense Center**
                                              By: *s/ Marianne Dugan*
                                              **Marianne Dugan, OSB #932563**

PAGE 3 – **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

mdugan@cldc.org
1711 Willamette Street, Ste. 301, No. 359
Eugene, OR 97402
Telephone: 541.687.9180

Attorneys for Plaintiffs

**Hart Wagner LLP**
By: s/ Stephanie C. Kucera
Stephanie C. Kucera, OSB #165509
sck@hartwagner.com
15 SW Colorado Ave., Suite 375
Bend, OR 97702
Telephone: (541) 548-6044

Attorneys for City of Medford and Individual City Defendants

**Frohnmayer, Deatherage, Jamieson, Moore, Armosino & McGovern, P.C.**
By: s/ Casey S. Murdock
Casey S. Murdock, OSB #144914
Murdock@fdfirm.com
2592 East Barnett Road
Medford, OR 97504
Telephone: (541) 772-2333

Attorneys for Defendant Ryan Mallory

PAGE 4 – **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**