**Casey S. Murdock, OSB #144914**
Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax:    (541) 779-6379
Of Attorneys for Defendant Ryan Mallory

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford,<br><br>              Defendants. | Case No.  1:25-cv-1632-MTK<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Page 1 -   **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1(a)(1), the parties, through their respective counsel, certify that they have conferred in good faith regarding the relief requested in this motion. This is an unopposed motion and no party objects to the requested extension.

## MOTION

Plaintiffs and Defendants (collectively, the "Parties") hereby jointly move the Court, pursuant to Fed. R. Civ. P. 1, 6, and 12, for an extension of time for Defendants to file an answer or otherwise respond to Plaintiffs' Second Amended Complaint. The Parties respectfully request that the Court extend Defendants' current deadline to respond to 11:59 PM March 9, 2026.

## POINTS AND AUTHORITIES

Plaintiffs filed their First Amended Complaint on September 15, 2025. After extensive meet-and-confer efforts regarding the pleadings, Plaintiffs filed a Second Amended Complaint on February 11, 2026. Because new case deadlines were not set thereafter, Defendants' deadline to answer or otherwise respond is currently March 2, 2026.

Since the filing of the 53-page Second Amended Complaint, undersigned counsel has not had sufficient time to finalize Defendants' Rule 12 Motions due to an out-of-town conference from February 25–27, assisting another partner with their caseload while dealing with unexpected medical-leave, and existing work obligations.

The parties agree that a brief one-week extension will promote efficiency and avoid duplication, ensuring that the issues are presented clearly and in a manner that will assist the Court. Granting the requested extension will allow Defendants to complete their briefing cohesively while limiting any impact on the case schedule to only one week.

Page 2 -  **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CONCLUSION

For the foregoing reasons, Defendants respectfully requests a one-week extension to file a

responsive pleading, making the new deadline March 9, 2026.

DATED this 2nd day of March, 2026.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.,

By: _____

**Casey S. Murdock, OSB #144914**
Murdock@fdfirm.com
Of Attorneys for Defendant Ryan Mallory

HART WAGNER, LLP

By:    __s/Stephanie C. Kucera/_____
**Stephanie C. Kucera, OSB #165509**
sck@hartwagner.com
Of Attorneys for City of Medford and
Individual City Defendants

Page 3 -   **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADING**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** via email upon:

Alicia Leduc Montgomery
Leduc Montgomery LLC
2210 W Main Street, Suite 107, #328
Battle Ground, WA 98604
    Email:  alicia@leducmontgomery.com
*Of Attorneys for Plaintiff*

Marianne G. Dugan
Civil Liberties Defense Center
1711 Willamette St. Suite 301, #359
Eugene, OR 97401
    Email: mdugan@cldc.org
*Of Attorneys for Plaintiff*

Stephanie C. Kucera
Hart Wagner LLP
15 SW Colorado Ave, Suite 375
Bend, OR 97702
    Email: sck@hartwagner.com
*Of Attorneys for Defendant City of Medford
and Individual City Defendants*

DATED this 2nd day of March 2026.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.,

By:  _____
**Casey S. Murdock, OSB #144914**
Murdock@fdfirm.com
Of Attorneys for Defendant Ryan Mallory

Page 4 -   **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.
2592 EAST BARNETT ROAD
MEDFORD, OR 97504
FAX (541) 779-6379
TELEPHONE (541) 779-2333