**Stephanie C. Kucera**, OSB No. 165509
E-Mail:  sck@hartwagner.com
**Zachariah H. Allen**, OSB No. 122729
E-Mail:  zha@hartwagner.com
**HART WAGNER LLP**
15 SW Colorado Avenue, Suite 375
Bend, OR  97702
Telephone: (541) 548-6044
Fax: (541) 548-6034

<u>Of Attorneys for Defendants City of</u>
<u>Medford, Brian Sjothun, Randy Sparacino,</u>
<u>Justin Ivens, Darrell Graham, Geoff</u>
<u>Kirkpatrick, Trevor Arnold and Arturo Vega</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **STABBIN WAGON,** an Oregon public benefit corporation; **MELISSA JONES,** an individual; and **SAMANTHA STRONG**, an individual,<br><br>                     Plaintiffs,<br><br>     v.<br><br>**CITY OF MEDFORD,** a municipal corporation; **BRIAN SJOTHUN,** an individual; **RANDY SPARACINO,** an individual; **JUSTIN IVENS,** an individual; **DARRELL GRAHAM,** an individual; **GEOFF KIRKPATRICK,** an individual; **TREVOR ARNOLD,** an individual; **ARTURO VEGA,** an individual; **RYAN MALLORY,** an individual; and **JOHN AND JANE DOES 1-9,** individual employees or agents of the City of Medford,<br><br>                     Defendants. | Case No. 1:25-cv-01632-MTK<br><br>**DECLARATION OF STEPHANIE C. KUCERA IN SUPPORT OF DEFENDANTS CITY OF MEDFORD, BRIAN SJOTHUN, RANDY SPARACINO, JUSTIN IVENS, DARRELL GRAHAM, GEOFF KIRKPATRICK, TREVOR ARNOLD AND ARTURO VEGA'S MOTION TO DISMISS** |

I, Stephanie C. Kucera, do hereby declare as follows:

1.     I am one of the attorneys representing defendants City of Medford, Brian Sjothun,

Randy Sparacino, Justin Ivens, Darrell Graham, Geoff Kirkpatrick, Trevor Arnold and Arturo

Vega in the above-entitled action. I make this declaration in conjunction with their Motion to Dismiss.

2. Attached as Exhibit 1 is a true and correct copy of a complaint filed by plaintiffs Stabbin' Wagon and Melissa Jones in Jackson County Circuit Court matter 24-cv-39962, as retrieved from Oregon's state OECI system on February 27, 2026.

3. Attached as Exhibit 2 is a true and correct copy of the Opinion and Order issued 11/9/2023 by Hon. Mark D. Clarke in U.S. District Court Case No. 1:20-cv-00049-CL dismissing plaintiff's 42 U.S.C. § 1983 claims.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 9th day of March, 2026.

*/s/ Stephanie C. Kucera*
Stephanie C. Kucera, OSB No. 165509

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 9th day of March, 2026, I served the foregoing **DECLARATION OF STEPHANIE C. KUCERA IN SUPPORT OF DEFENDANTS CITY OF MEDFORD, BRIAN SJOTHUN, RANDY SPARACINO, JUSTIN IVENS, DARRELL GRAHAM, GEOFF KIRKPATRICK, TREVOR ARNOLD AND ARTURO VEGA'S MOTION TO DISMISS** on the following parties at the following addresses:

| | |
|---|---|
| Alicia LeDuc Montgomery<br>LeDuc Montgomery LLC<br>2210 W. Main St., Ste 107 #328<br>Battle Ground, WA  98604<br>alicia@leducmontgomery.com | Casey Murdock<br>Frohnmayer, Deatherage, Jamieson,<br> Moore, Armosino & McGovern, PC<br>2492 E. Barnett Road<br>Medford, OR  97504<br>murdock@fdfirm.com |
| Marianne Dugan<br>Civil Liberties Defense Center<br>1711 Willamette St., Ste 301 No. 359<br>Eugene, OR  97402<br>mdugan@cldc.org | *Attorney for Defendant Ryan Mallory* |
| *Attorneys for Plaintiffs* | |

by electronic means through the Court's Case Management/Electronic Case File system.

                                                 */s/ Stephanie C. Kucera*
                                                Stephanie C. Kucera, OSB No. 165509

Page 1 –  **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**15 SW Colorado Avenue, Suite 375**
**Bend, Oregon 97702**
**Telephone: (541) 548-6044**
**Facsimile: (541) 548-6034**