**ALICIA LEDUC MONTGOMERY, OSB 173963**
Email: alicia@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: 704.702.6934
www.leducmontgomery.com

**MARIANNE DUGAN, OSB 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette Street Ste 301 No. 359
Eugene, Oregon 97402
Telephone: 541.687.9180
www.cldc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual, | Case No. 1:25-cv-1632-MTK |
| Plaintiffs, | **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO MOTIONS TO DISMISS** |
| v. | |
| CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford, | |
| Defendants. | |

Plaintiffs respectfully request a one-week extension of time to file their responses to

Defendants' Motions to Dismiss (Dkt 35, 37). The new deadline would be March 30. Defendants

PAGE 1 – **UNOPP. MOET FOR PLAINTIFFS TO RESP TO MOTIONS TO DISMISS**

do not oppose this motion.

The reason for this request is as follows. Undersigned counsel will be preparing a large portion of the responses. The motions to dismiss exceed 50 pages in length. Undersigned counsel will be in a conference this week, and will not have enough time to complete the necessary work before March 30.

DATED:  March 17, 2026.

**Civil Liberties Defense Center**
 *By: s/ Marianne Dugan*
**Marianne Dugan, OSB #932563**
mdugan@cldc.org
1711 Willamette Street, Ste. 301, No. 359
Eugene, OR 97402
Telephone: 541.687.9180

Of Attorneys for Plaintiffs