**ALICIA LEDUC MONTGOMERY, OSB # 173963**
Email: alicia@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: 704.702.6934
www.leducmontgomery.com

**MARIANNE DUGAN, OSB # 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette Street Ste 301 No. 359
Eugene, Oregon 97402
Telephone: 541.687.9180
www.cldc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual, | Case No. 1:25-cv-1632-MTK |
| Plaintiffs, | **PLAINITFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF – 5 PAGES REQUESTED** |
| v. | |
| CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford, | **EXPEDITED REVIEW REQUESTED** |
| Defendants. | |

PAGE 1 – **PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

## LR CERTIFICATION

In compliance with LR 7-1, counsel for Plaintiffs conferred with counsel for Defendant Mallory by telephone and email, and Defendant Mallory does not oppose this motion.

## MOTION

Pursuant to Local Rule 7-2, Plaintiffs respectfully move for leave to file an overlength response brief of up to 40 pages, or 5 pages over the standard limit, in response to Defendant Mallory's Motion to Dismiss.

## POINTS AND AUTHORITIES

This request is made for good cause. Defendant Mallory's motion raises numerous distinct and substantial issues directed at Plaintiffs' sole claim against him under 42 U.S.C. § 1985(3), including whether Plaintiffs must plead state action or action under color of law, whether the Second Amended Complaint adequately alleges conspiracy, whether the complaint adequately pleads class-based invidious animus, whether the asserted class is cognizable under § 1985(3), whether supporters or advocates of the alleged class may sue, whether Mallory's alleged conduct is protected by the First Amendment, whether causation and injury are adequately pleaded, and whether qualified immunity is available. ECF 37 (Mallory Motion to Dismiss) at 2, 5, 6, 9, 13, 16.

Many of these issues are not settled in the Ninth Circuit, particularly the scope of cognizable classes under § 1985(3), whether disability-based classes such as persons with substance use disorder and/or serious mental illness may qualify, and whether advocates or supporters of such a class may proceed under the statute. *Id*. at 9, 11, 23. Plaintiffs' response brief reflects that these questions require substantial treatment, including discussion of multiple alternative legal theories and authorities addressing unsettled issues.

PAGE 2 – **PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

Mallory's motion also expressly joins arguments raised by co-defendants on common issues such as the sufficiency of conspiracy pleading and whether Plaintiffs constitute a protected class, which further broadens the scope Plaintiffs must address in a single response. *Id.* at 2. In addition, Mallory's motion seeks dismissal with prejudice and requests costs and fees under 42 USC 1988, underscoring the need for a full response on the merits. *Id*. at 20

Good cause therefore exists to permit a modest enlargement of the page limit so Plaintiffs may fairly and efficiently respond to the volume, complexity, and unsettled nature of the issues presented. Plaintiffs respectfully request leave to file a response brief not exceeding 40 pages.

**CONCLUSION**

Plaintiffs respectfully request the Court grant Plaintiffs' motion and allow a brief of 40 pages, or 5 pages beyond the standard limit, in response to Defendant Mallory's Motion to Dismiss.

DATED:  March 30, 2026.                  Respectfully submitted,


                                LEDUC MONTGOMERY LLC

                                By: *s/Alicia LeDuc Montgomery*

    **Alicia LeDuc Montgomery, OSB # 173963**
alicia@leducmontgomery.com
704.702.6934

    **Marianne Dugan, OSB # 932563**
CIVIL LIBERTIES DEFENSE CENTER
mdugan@cldc.org
541.687.9180

    *Attorneys for Plaintiffs*


PAGE 3 – **PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**