**ALICIA LEDUC MONTGOMERY, OSB 173963**
Email: alicia@leducmontgomery.com
**DAVID LEDUC MONTGOMERY, OSB 262952**
Email: david@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: (704) 702-6934

**MARIANNE G. DUGAN, OSB # 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
Telephone: 541-687-9180

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual, | Case No. 1:25-cv-1632-MTK |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford, | |
| Defendants. | |

///

///

1  -  NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that David LeDuc Montgomery hereby enters an appearance on behalf of Plaintiffs Stabbin Wagon, Melissa Jones, and Samantha Strong and requests that notice of further proceedings in this action be served upon the undersigned attorney.

Dated: January 30, 2026                 Respectfully submitted,

/s/ *David LeDuc Montgomery*
**DAVID LEDUC MONTGOMERY, OSB 262952**
david@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Tel: (704) 702-6934

*Of Attorneys for Plaintiff*

2  -  NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE**

I certify that a true copy of the **NOTICE OF APPEARANCE** was served on the

following parties on July 30, 2026, through the Court's Electronic Case File System:


**Casey S. Murdock**
Email: murdock@fdfirm.com
**Frohnmayer Deatherage Law Firm**
2592 East Barnett Road
Medford, OR 97504

*Attorney for Defendant Ryan Mallory*


**Stephanie C. Kucera**
Email: sck@hartwagner.com
**Hart Wagner LLP**
15 SW Colorado Ave
Suite 375
Bend, OR 97702


**Zachariah H. Allen**
Email: zha@hartwagner.com
**Hart Wagner, LLP**
1000 SW Broadway
Suite 2000
Portland, OR 97205

*Attorneys for Municipal Defendants*


Dated: July 30, 2026                    **LEDUC MONTGOMERY LLC**

                                        /s/ *David LeDuc Montgomery*
                                        **DAVID LEDUC MONTGOMERY, OSB 262952**
                                        david@leducmontgomery.com

                                        *Attorney for Plaintiffs*


3   -   NOTICE OF APPEARANCE