**ALICIA LEDUC MONTGOMERY, OSB # 173963**
Email: alicia@leducmontgomery.com
**DAVID LEDUC MONTOGMERY, OSB #262952**
Email: david@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: 704.702.6934
www.leducmontgomery.com

**MARIANNE DUGAN, OSB # 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette Street Ste 301 No. 359
Eugene, Oregon 97402
Telephone: 541.687.9180
www.cldc.org

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual, | Case No. 1:25-cv-1632-MTK |
| Plaintiffs, | |
| v. | **DECLARATION OF ALICIA LEDUC MONTGOMERY IN SUPPORT OF PLAINTIFFS' NOTICE OF NEWLY DISCOVERED EVIDENCE** |
| CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford, | |
| Defendants. | |

PAGE 1 – **DECLARATION OF ALICIA LEDUC MONTGOMERY IN SUPPORT OF PLAINTIFFS' NOTICE OF NEWLY DISCOVERED EVIDENCE**

I, Alicia LeDuc Montgomery, declare as follows:

1.      I am an attorney licensed to practice law in Oregon and counsel of record for Plaintiffs in this action.

2.      I make this declaration based on my personal knowledge and my review of the records identified below. I am competent to testify to the matters stated in this declaration.

3.      On June 23, 2026, the Court heard oral argument on the pending motions to dismiss, including Defendant Ryan Mallory's Rule 12 Motion to Dismiss. I appeared and argued on behalf of Plaintiffs along with co-counsel Marianne Dugan.

4.      During oral argument, Defendant Mallory's counsel argued, among other things, that there was no concrete evidence of an agreement or conspiracy involving Mallory and that the facts supporting the conspiracy claim had not been specifically pleaded. The Court also questioned counsel concerning the factual connection between Mallory and the Medford Police Department and the information supporting an inference of coordination or information sharing.

5.      Attached as **Exhibit A** are true and correct excerpts from the certified transcript of the June 23, 2026 oral argument. The excerpts include the defense arguments and the Court's questions concerning the alleged connection between Mallory and the Medford Police Department, as well as Plaintiffs' responses. The excerpts consist of transcript pages 37 through 55.

6.      After oral argument, while conducting research in a separate matter involving the Ashland Police Department, I located public records concerning law enforcement monitoring of a December 2, 2020 vigil for Aidan Ellison at the Jackson County Courthouse.

PAGE 2 – **DECLARATION OF ALICIA LEDUC MONTGOMERY IN SUPPORT OF PLAINTIFFS' NOTICE OF NEWLY DISCOVERED EVIDENCE**

7.    I located the records in a public records data set made available online by Information for Public Use. Based on the context in which the records appeared and the identifying information shown on the face of the records, the data set concerned law enforcement surveillance and monitoring activity in Southern Oregon.

8.    Attached as **Exhibit B** is a true and correct copy of a law enforcement intelligence bulletin concerning the December 2, 2020 vigil. The document is labeled "Tactical Information Unit," "Information Only," and "Confidential – Law Enforcement Use Only – Confidential." It discusses anticipated attendance and activist activity associated with the vigil.

9.    Exhibit B states in part: "APD [Ashland Police Department] received information from Ryan Mallory advising protesters from Eugene will be attending this event."

10.    It further states that the author was unable to locate information confirming the accuracy of that report and asks recipients to forward any additional tips or information concerning the event.

11.    Attached as **Exhibit C** is a true and correct copy of a December 2, 2020 email chain between Medford Police Department analyst Divya Fisher and Ashland Police Department employee Jenette Bertocchi concerning the same courthouse vigil.

12.    In Exhibit C, Ms. Fisher inquires about the source of information about people traveling to Ashland, asking, "Did that info come from Ryan Mallory? I contacted Ryan who gave me some info . . . based on my prior experiences with Mallory some of his intel is sprinkled with his thoughts as opposed to facts."

13.    The email chain also reflects that Ms. Fisher and Ms. Bertocchi were sharing information concerning social media activity of progressive activists in Jackson County,

PAGE 3 – **DECLARATION OF ALICIA LEDUC MONTGOMERY IN SUPPORT OF PLAINTIFFS' NOTICE OF NEWLY DISCOVERED EVIDENCE**

anticipated movement of protesters, and law enforcement preparations in response. Ms. Bertocchi thanked Ms. Fisher for "always sharing info with us," and Ms. Fisher stated that she would advise Ms. Bertocchi as soon as possible if she saw or heard of movement toward Ashland during the event.

14.     Exhibits B and C are the records as I located them in the public records data set, except for any exhibit labels or pagination added for filing, and excerpted from the larger PDF available online. I have not altered their substantive content.

15.     I submit Exhibits B and C because they appear to document prior contacts and information sharing involving Mallory and the City of Medford and law enforcement in Jackson County concerning activist activity, which bears on the relationship and factual nexus discussed during oral argument regarding allegations supporting an inference of conspiracy between Mallory and the City of Medford regarding Plaintiffs' advocacy and supporter activity.

*I declare under penalty of perjury that the foregoing is true and correct.*


**DATED:** August 7, 2026, at Battle Gound, Washington.


Alicia J. LeDuc Montgomery


PAGE 4 – **DECLARATION OF ALICIA LEDUC MONTGOMERY IN SUPPORT OF PLAINTIFFS' NOTICE OF NEWLY DISCOVERED EVIDENCE**