

# TACTICAL INFORMATION UNIT

## Information Only



Rogue Climate, Southern Oregon Coalition for Racial Equality, and Student Activist Coalition are hosting a vigil for Aidan Ellison (APD homicide victim, AP20-2576). When initially organizing the event, organizers believed the scheduled date and time was the suspect's first court appearance. Organizers have since been made aware that this is not accurate, however they are still holding the vigil as planned.

The event was created on 11/25 and has been shared over several social media platforms. Roughly four hours after the event was created 100 individuals responded as attending the event. Local media outlets have covered the event.

As of this afternoon 160 people have responded as attending the event. An additional 372 are interested in the event. Many of the known protesters & agitators from events earlier this year have stated they will be in attendance tomorrow. Clarence Carr is heavily involved in events surrounding Ellison. Carr has met with Ellison's family and has assumed a self-proclaimed activist role on their behalf.

It should be noted tension appears to be building due to Ellison's homicide. There has been a small encampment group traveling around Ashland advocating for the homeless community and there has been chatter surrounding the suicide of Michael Ewell. Ewell committed suicide earlier this year (AP20-1518), however people are now claiming APD & SOU covered up aspects of Ewell's death.

APD received information from Ryan Mallory advising protesters from Eugene will be attending this event. I was unable to locate any information that deems this claim as accurate.

If you receive any tips or information regarding this event please forward them to me.

**CONFIDENTIAL – LAW ENFORCEMENT USE ONLY – CONFIDENTIAL**
**TIU- DSF**

Outlook V  ✕ | Pole Cam 1 - XProtect® W  ✕ | Pole Cam 1 - XProtect® W  ✕ | (3) Fac

🔒 https://www.facebook.com/events/851828662247787/?acontext=%7B"sou

ch Facebook

**TOMORROW AT 3:45 PM PST – 5 PM PST**

# Say His Name: Aidan Ellison - Court He

100 S Oakdale Ave, Medford, OR 97501-3127, United States

**About**    Discussion

## Details

👥  520 people responded



🕐  Tomorrow at 3:45 PM PST – 5 PM PST
36–54°F Sunny

📍  100 S Oakdale Ave, Medford, OR 97501-3127, United States

🌐  Public · Hosted by **Student Activist Coalition, Rogue Climate** and **Southern Oregon Coalition for Racial Equity**

On November 23, 2020, Aidan Ellison, a local 19-year-old who had recently lost his job due to the Almeda fires, was murdered by 47-year old Robert Paul Keegan outside of the Stratf... See More

Causes

## Hosts