| Message Key: | 000315193C967F1304CB23B83F15554B4E0D6038 | Cryoserver™ |
|---|---|---|

| | |
|---|---|
| **From:** | "Divya S. Fisher" |
| **To:** | Jenette Bertocchi |
| **Addressed To:** | jenette.bertocchi@ashland.or.us |
| **Subject:** | RE: Any updates on courthouse vigil? |
| **Date:** | Wednesday, December 02, 2020 09:29 PST |

Thank you! You bet, I am happy to help! Even though we have a couple towns separating us we are a team☺

I still have yet to see anything about the group moving to Ashland on Facebook, Instagram, Twitter, Reddit, NextDoor or SnapChat Did that info come from Ryan Mallory? I contacted Ryan who gave me some info… based on my prior experiences with Mallory some of his intel is sprinkled with his thoughts as opposed to facts.

I checked the Eugene protest page and didn't see any new posts about today's event.

If I see anything or hear of any movement to Ashland during the event I will let you know ASAP. It will be interesting to see if this actually ends at 1700. At previous events people tend to linger into the evening. Unlike the summer months it will start to get chilly so hopefully people head home.

**From:** Jenette Bertocchi [mailto:jenette.bertocchi@ashland.or.us]
**Sent:** Wednesday, December 2, 2020 9:00 AM
**To:** Divya S. Fisher <divya.fisher@cityofmedford.org>
**Subject:** RE: Any updates on courthouse vigil?

<mark><EXTERNAL EMAIL **Click Responsibly!**></mark>

Thank you very much!  I passed on to my DC how great you are at always sharing info with us!  One of our officers said that he thought he heard that they may head our way around 5 ish, but that has not been confirmed.  I am currently looking at social media to see what I can find. J

As always thank you for your support.

Hope all goes well for you today!


Jenette

**From:** Divya S. Fisher [mailto:divya.fisher@cityofmedford.org]
**Sent:** Wednesday, December 02, 2020 8:56 AM
**To:** Jenette Bertocchi <jenette.bertocchi@ashland.or.us>
**Subject:** RE: Any updates on courthouse vigil?

[EXTERNAL SENDER]
Not much… social media was relatively quiet last night. I did note many people are sharing the event over different social media platforms.. that is new.

The discussion board of the event page does not have any recent posts. I am not seeing anything on the known BLM pages.

At this time the counter group who has attended previous BLM protests have not publically acknowledged the event.

Lt. Graham has an ops plan and we will be staffing a command center (smaller scale than usual).

We have a camera up facing the courthouse, we will also have two people in the courthouse and a couple in the parking lot.

At this time I think it is just a waiting game… there are so many unknowns… how many ppl will show, who will emerge as the leaders, will they march, will this turn into anti LE…

If you want to reach out after this has kicked off my cell is (541)840-3727. Calling is preferred.


**From:** Jenette Bertocchi [mailto:jenette.bertocchi@ashland.or.us]
**Sent:** Wednesday, December 2, 2020 8:48 AM
**To:** Divya S. Fisher <divya.fisher@cityofmedford.org>
**Subject:** Any updates on courthouse vigil?