**ALICIA LEDUC MONTGOMERY, OSB 173963**
Email: alicia@leducmontgomery.com
**DAVID LEDUC MONTGOMERY, OSB 262952**
Email: david@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: (704) 702-6934

**MARIANNE G. DUGAN, OSB # 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette St. Suite 301 #359
Eugene, OR 97401
Telephone: 541-687-9180

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford,<br><br>Defendants. | Case No. 1:25-cv-1632-MTK<br><br>**NOTICE OF PLAINTIFF ATTORNEY UNAVAILABILITY**<br><br>**SEPTEMBER 29 - OCTOBER 26, 2026** |

///

///

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Plaintiff, through counsel Alicia LeDuc Montgomery, respectfully provides notice that Ms. LeDuc Montgomery will be unavailable and out of the office from September 29, 2026, through October 26, 2026, while traveling out of the country and out of state for work. Ms. LeDuc Montgomery is currently on sabbatical and working part-time. Beginning November 1, 2026, she will be transitioning to a new firm.

Plaintiff respectfully requests that, to the extent practicable, the Court and counsel avoid scheduling deadlines, hearings, or motions requiring LeDuc Montgomery LLC or Alicia LeDuc Mongomery's participation during this period. Plaintiff's counsel remains available through September 28, 2026, to confer regarding any upcoming scheduling matters.

Plaintiff appreciates the Court's and counsel's professional courtesy in this matter.

DATED: September 16, 2026.

**LEDUC MONTGOMERY LLC**
By: *s/Alicia LeDuc Montgomery*

**Alicia LeDuc Montgomery, OSB 173963**
alicia@leducmontgomery.com
2210 W Main Street, Suite 107-328
Battle Ground, Washington 98604
Telephone: (704) 702-6934

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I certify that on September 16, 2026, I caused the foregoing **NOTICE OF PLAINTIFF ATTORNEY UNAVAILABILITY** to be filed with the Court's electronic filing system, which will serve all counsel of record via email.

DATED: September 16, 2026.

**LEDUC MONTGOMERY LLC**

By: *s/ David LeDuc Montgomery*

**David LeDuc Montgomery, OSB 262952**
david@leducmontgomery.com
(704) 702-6934

*Attorney for Plaintiff*