**ALICIA LEDUC MONTGOMERY, OSB 173963**
Email: alicia@leducmontgomery.com
**LEDUC MONTGOMERY LLC**
2210 W Main Street, Suite 107 #328
Battle Ground, Washington 98604
Telephone: 704.702.6934
www.leducmontgomery.com

**MARIANNE DUGAN, OSB 932563**
Email: mdugan@cldc.org
**CIVIL LIBERTIES DEFENSE CENTER**
1711 Willamette Street Ste 301 No. 359
Eugene, Oregon 97402
Telephone: 541.687.9180
www.cldc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STABBIN WAGON, an Oregon public benefit corporation; MELISSA JONES, an individual; and SAMANTHA STRONG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD, a municipal corporation; BRIAN SJOTHUN, an individual; RANDY SPARACINO, an individual; JUSTIN IVENS, an individual; DARRELL GRAHAM, an individual; GEOFF KIRKPATRICK, an individual; TREVOR ARNOLD, an individual; ARTURO VEGA, an individual; RYAN MALLORY, an individual; and JOHN and JANE DOES 1-9, individual employees or agents of the City of Medford,<br><br>Defendants. | Case No. 1:25-cv-1632-MTK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT** |

Plaintiffs respectfully request a second one-week extension of time to file their Third Amended Complaint. The current deadline is November 6, 2026, and the requested deadline is

November 13, 2026. Defendants do not oppose this motion.

The reason for this request is as follows. Ms. Leduc Montgomery is lead counsel on this case, as well as the client contact. She has been transitioning to a new job and learned over the weekend she would have to travel for work starting today for a week (on top of onboarding). In addition, the primary client contact with institutional memory has been very ill for the past month. Because of those factors, Plaintiffs' counsel have not been able to complete the factual allegations for the Third Amended Complaint.

DATED: November 4, 2026.

**Civil Liberties Defense Center**
*By: s/ Marianne Dugan*
**Marianne Dugan, OSB #932563**
mdugan@cldc.org
1711 Willamette Street, Ste. 301, No. 359
Eugene, OR 97402
Telephone: 541.687.9180

Of Attorneys for Plaintiffs